JODI LINKER
Federal Public Defender
Northern District of California
JESSICA YU
Assistant Federal Public Defender
8th Floor - Suite 820
55 South Market Street
San Jose, CA 95113
Telephone: (408) 291-7753
Facsimile: (408) 291-7399
Email: Jessica_Yu@fd.org

Counsel for Defendant HUYNH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ALPHONSE HUYNH,<br>Defendant. | **Case No.:** 25-CR-00249-EJD<br>**STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE; [~~PROPOSED~~] ORDER** |

**STIPULATION**

Defendant Alphonse Huynh, represented by AFPD Jessica Yu, respectfully requests the following modification of his pretrial release conditions to allow a curfew extension on August 22, 2026. The Government, represented by AUSA George Hageman, does not object to the requested modification. On April 7, 2026, the Court modified Mr. Huynh's pretrial release condition of location monitoring to a curfew of 9:00 p.m. to 7:00 a.m. Mr. Huynh requests to extend his curfew start time from 9:00 p.m. to 11:30 p.m. on August 22, 2026 to attend his birthday dinner.

Defense counsel has conferred with Pretrial Services Officer Carolyn Truong, who indicated that Pretrial Services does not object to the curfew modification.

IT IS SO STIPULATED.

Dated: August 12, 2026

JODI LINKER
Federal Public Defender
Northern District of California

/S/

JESSICA YU
Assistant Federal Public Defender

Dated: August 12, 2026

CRAIG MISSAKIAN
United States Attorney
Northern District of California

/S/

GEORGE HAGEMAN
Assistant United States Attorney

**[~~PROPOSED~~] ORDER**

GOOD CAUSE APPEARING, upon the stipulation of the parties, IT IS HEREBY ORDERED that the Defendant's conditions of release shall be modified to permit a curfew extension from 9:00 p.m. to 7:00 a.m., to 11:30 p.m. to 7:00 a.m. on August 22, 2026.

All other previously imposed conditions are to remain in full effect.

IT IS SO ORDERED.

Dated: August 12, 2026

THE HON. SUSAN VAN KEULEN
United States Magistrate Judge