JODI LINKER
Federal Public Defender
Northern District of California
JESSICA YU
Assistant Federal Public Defender
8th Floor - Suite 820
55 South Market Street
San Jose, CA 95113
Telephone: (408) 291-7753
Facsimile: (408) 291-7399
Email: Jessica_Yu@fd.org

Counsel for Defendant HUYNH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ALPHONSE HUYNH,<br>Defendant. | **Case No.:** 25-CR-00249-EJD<br><br>**STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE; [~~PROPOSED~~] ORDER** |

## STIPULATION

Defendant Alphonse Huynh, represented by AFPD Jessica Yu, and the Government, represented by AUSA George Hageman, respectfully request the following modification of Mr. Huynh's pretrial release conditions to allow a curfew extension on November 27, 2026 and November 28, 2026. On April 7, 2026, the Court modified Mr. Huynh's pretrial release condition of location monitoring to a curfew of 9:00 p.m. to 7:00 a.m. Mr. Huynh requests to extend his curfew start time from 9:00 p.m. to 10:00 p.m. on November 27, 2026 and November 28, 2026 so that he can accommodate changes in his work schedule.

Defense counsel has conferred with Pretrial Services Officer Carolyn Truong, who indicated

that Pretrial Services does not object to the curfew modification.

IT IS SO STIPULATED.

Dated: November 23, 2026

JODI LINKER
Federal Public Defender
Northern District of California

/S/
JESSICA YU
Assistant Federal Public Defender

Dated: November 23, 2026

CRAIG MISSAKIAN
United States Attorney
Northern District of California

/S/
GEORGE HAGEMAN
Assistant United States Attorney

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, upon the stipulation of the parties, IT IS HEREBY ORDERED that the Defendant's conditions of release shall be modified to permit a curfew extension from 9:00 p.m. to 7:00 a.m., to 10:00 p.m. to 7:00 a.m. on November 27, 2026 and November 28, 2026.

All other previously imposed conditions are to remain in full effect.

IT IS SO ORDERED.

Dated: November 23, 2026

Virginia K. DeMarchi

THE HON. VIRGINIA K. DEMARCHI
United States Magistrate Judge